IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JASON MICHAEL HICKS,**

      **Plaintiff,**

**v.**                                          **Case No. 1:23-cv-100-AW-HTC**

**STATE OF FLORIDA, et al.,**

      **Defendant.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Jason Hicks pleaded guilty to state charges and has now sued the State and the Assistant State Attorney who prosecuted him. His basic claim is that he was blackmailed into pleading guilty.

The magistrate judge issued a report and recommendation concluding I should dismiss. The report and recommendation concludes that to the extent Hicks seeks damages, his claim is *Heck*-barred. And that to the extent he seeks to invalidate his conviction, his remedy is through § 2254, which requires (among other things) exhaustion. I have considered the report and recommendation (ECF No. 5), and I have considered de novo the issues raised in Hicks's objections (ECF No. 6).

I have determined the report and recommendation should be adopted, and I now incorporate it into this order. Hicks's objections are overruled. The clerk will enter judgment that says, "This case is DISMISSED under 28 U.S.C.

§ 1915(e)(2)(B)(ii) for failure to state a claim." This dismissal is without prejudice to any subsequent § 2254 petition.

The clerk will close the file.

SO ORDERED on May 24, 2023.

_s/ Allen Winsor_____
United States District Judge